**DEATH PENALTY**



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMENIA LEVI CUDJO, JR., <br><br> Petitioner, <br><br> v. <br><br> ROBERT L. AYERS, Warden, <br> California State Prison at San Quentin, <br><br> Respondent. | CASE NO. CV 99-8089-JFW <br><br> **DEATH PENALTY CASE** <br><br> FINAL DISPOSITION AND JUDGMENT |

### FINAL DISPOSITION AND JUDGMENT

For the reasons set forth in the Order Denying Federal Habeas Relief, issued on October 22, 2008, simultaneously with this judgment, the Court DENIES Armenia Cudjo's Petition for Writ of Habeas Corpus.

This order constitutes final disposition of the petition by the Court.

IT IS SO ORDERED.

Dated: October 22, 2008

JOHN F. WALTER
United States District Judge

# NOTICE PARTY SERVICE LIST

Case No.  CV 99-8089-JFW    Case Title  Armenia Levi Cudjo, Jr. v Robert L. Ayers, Warden

Title of Document  FINAL DISPOSITION AND JUDGMENT

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| ✓ | CA St Pub Defender (Calif. State PD) |
| ✓ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| ✓ | Chief Deputy Ops |
| | Clerk of Court |
| ✓ | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| ✓ | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| ✓ | Warden, San Quentin State Prison, CA |

| | ADD NEW NOTICE PARTY (if sending by fax, mailing address must also be provided) |
|---|---|
| | Name: |
| | Firm: |
| | Address (include suite or floor): |
| | *E-mail: |
| | *Fax No.: |

* For CIVIL cases only

| JUDGE / MAGISTRATE JUDGE (list below): |
|---|
| |
| |
| |

Initials of Deputy Clerk  SR