SEAN K. KENNEDY (No. 145632)
(E-mail: Sean_Kennedy@fd.org)
Federal Public Defender
KATHERINE F. BLACK (No. 221699)
(E-mail: Katherine_Black@fd.org)
MARK R. DROZDOWSKI (No. 166669)
(E-mail: Mark R. Drozdowski@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-7566

Attorneys for Petitioner
ARMENIA LEVI CUDJO, JR.

**Death Penalty**

cc: see G - 75 attached

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARMENIA LEVI CUDJO, JR.,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT L. AYERS, JR., Warden, California State Prison at San Quentin,<br><br>    Respondent. | NO. CV 99-8089 JFW<br><br>**DEATH PENALTY CASE**<br><br>ORDER STAYING EXECUTION OF SENTENCE OF DEATH |

    Upon request of Petitioner, Armenia Levi Cudjo, Jr., and pursuant to Local Rule 83-17.6(b), the execution of Petitioner's sentence of death and any and all court and other proceedings related to the execution of that sentence, including preparation for execution and the setting of an execution date, are stayed throughout all appellate proceedings in this matter, and the stay of execution shall terminate when the mandate of the Ninth Circuit Court of Appeals is issued, filed, and spread on the minutes of the United States District Court, unless otherwise ordered by this Court or the Ninth Circuit.

1  The Clerk of the Court shall serve a certified copy of this Order on Petitioner; Respondent
2  Robert L. Ayers, Jr., Warden, San Quentin State Prison; James W. Bilderback II, Deputy Attorney
3  General of the State of California; the Clerk of the Superior Court; and the District Attorney of Los
4  Angeles County.

6  IT IS SO ORDERED.

8  DATED: November 25, 2008        _____
                                    HON. JOHN F. WALTER

# NOTICE PARTY SERVICE LIST

**Case No.** _____  **Case Title** _____

**Title of Document** _____

| | | | | |
|---|---|---|---|---|
| ☐ | Atty Sttlmnt Officer Panel Coordinator | | ☐ | Statistics Clerk |
| ☐ | BAP (Bankruptcy Appellate Panel) | | ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | Beck, Michael J (Clerk, MDL Panel) | | ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | BOP (Bureau of Prisons) | | ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | CA St Pub Defender (Calif. State PD) | | ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) | | ☐ | US Bankruptcy Court |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) | | ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | Catterson, Cathy (9th Circuit Court of Appeal) | | ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | Chief Deputy Admin | | ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | Chief Deputy Ops | | ☐ | US Probation Office (USPO) |
| ☐ | Clerk of Court | | ☐ | US Trustee's Office |
| ☐ | Death Penalty H/C (Law Clerks) | | ☐ | Warden, San Quentin State Prison, CA |
| ☐ | Dep In Chg E Div | | | |
| ☐ | Dep In Chg So Div | | | |
| ☐ | Federal Public Defender | | | |
| ☐ | Fiscal Section | | | |
| ☐ | Intake Section, Criminal LA | | | |
| ☐ | Intake Section, Criminal SA | | | |
| ☐ | Intake Supervisor, Civil | | | |
| ☐ | Interpreter Section | | | |
| ☐ | PIA Clerk - Los Angeles (PIALA) | | | |
| ☐ | PIA Clerk - Riverside (PIAED) | | | |
| ☐ | PIA Clerk - Santa Ana (PIASA) | | | |
| ☐ | PSA - Los Angeles (PSALA) | | | |
| ☐ | PSA - Riverside (PSAED) | | | |
| ☐ | PSA - Santa Ana (PSASA) | | | |
| ☐ | Schnack, Randall (CJA Supervising Attorney) | | | |

*ADD NEW NOTICE PARTY*
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

\* For CIVIL cases only

*JUDGE / MAGISTRATE JUDGE (list below):*

**Initials of Deputy Clerk** _____

G-75 (01/06)   **NOTICE PARTY SERVICE LIST**