UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMENIA LEVI CUDJO, JR., <br><br> Petitioner, <br><br> vs. <br><br> KEVIN CHAPPELL, Warden, <br> California State Prison at San Quentin, <br><br> Respondent. | Case No.: CV 99-8089 JFW <br> **DEATH PENALTY CASE** <br> JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus is GRANTED consistent with this Court's September 9, 2013 Order Granting Habeas Relief. (Docket No. 242.) This judgment shall be issued *nunc pro tunc* to September 9, 2013.

**IT IS SO ORDERED.**          Dated this 6 day of January, 2014

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

cc: CA St Pub Defender; CAAG; Chief Deputy Judical; Warden, San Quentin State Prison; DP Clerk; DFPD

Judgment - 1